

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 2-08-091-CV

MICHAEL J. STICHT AND ROBERTA B. CRAVEN          APPELLANTS

V.

PAUL GALLAGHER, LAURA GALLAGHER,          APPELLEES
AND JUDITH OETTING

----------

FROM THE 236TH DISTRICT COURT OF TARRANT COUNTY

-----------

## MEMORANDUM OPINION[1] AND JUDGMENT

----------

On April 21, 2008, we notified appellants that the trial court clerk responsible for preparing the record in this appeal had informed this court that arrangements had not been made to pay for the clerk's record as required by Texas Rule of Appellate Procedure 35.3(a)(2). *See* TEX. R. APP. P. 35.3(a)(2). We stated that we would dismiss the appeal for want of prosecution unless

---

[1] *See* TEX. R. APP. P. 47.4.

appellants, within fifteen days, made arrangements to pay for the clerk's record and provided this court with proof of payment.

Because appellants have not made payment arrangements for the clerk's record, it is the opinion of the court that the appeal should be dismissed for want of prosecution.   Accordingly, we dismiss the appeal.  *See* TEX. R. APP. P. 37.3(b), 42.3(b).

Appellants shall pay all costs of the appeal, for which let execution issue.


PER CURIAM


PANEL D:  GARDNER, WALKER, and MCCOY, JJ.

DELIVERED:  May 22, 2008